UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LAMARCUS MCGEE**                                              **CIVIL ACTION**

**versus**                                                      **NO. 11-2768**

**N. BURL CAIN, WARDEN**                                        **SECTION: "I" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, LaMarcus McGee, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **LaMarcus McGee** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___4th___ day of April, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE